IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**STEVEN D. PATTON,**                               3:09-CV-01051-HU

    **Petitioner,**                              JUDGMENT

v.

**D. MILLS,**

    **Respondent.**

    Based on the Court's Opinion and Order (#37) issued December 1, 2011, the Court **DISMISSES** this matter **with prejudice** and issues a certificate of appealability as to whether Petitioner fairly presented his ineffective assistance of counsel claims to the state courts and whether Petitioner was denied

1 - JUDGMENT

effective assistance of counsel.

    IT IS SO ORDERED.

    DATED this 1st day of December, 2011.

                                      /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge