IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**STEVEN D. PATTON,**                          3:09-CV-01051-HU

    **Petitioner,**                          JUDGMENT

v.

**D. MILLS,**

    **Respondent.**


    Based on the Court's Opinion and Order (#37) issued December 1, 2011, the Court **DISMISSES** this matter **with prejudice** and issues a certificate of appealability as to whether Petitioner fairly presented his ineffective assistance of counsel claims to the state courts and whether Petitioner was denied

1 - JUDGMENT

effective assistance of counsel.

IT IS SO ORDERED.

DATED this 1st day of December, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - JUDGMENT